United States Courts Southern District of Texas
FILED
7/15/2023
Nathan Ochsner, Clerk of Court

## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

**UNITED STATES OF AMERICA**

Vs.

**Robert Matthew Evans**

Case Number: **2:23- MJ-538**

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following person(s) is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

DTR

This material witness is a citizen of Mexico who has admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should he be released and returned to his native country, he may not be subject to extradition. Thus, it would be impracticable to secure his presence at such time as the case is called for trial.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

15   day of   July 2023

Ramon Mendoza Jr.
Border Patrol Agent
U.S. Border Patrol

Jason B. Libby
UNITED STATES MAGISTRATE JUDGE